UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


KENIYA YUNANOVA,

    Plaintiff,

                              CASE NO. 10-14156

vs.                                HON. LAWRENCE P. ZATKOFF


BAC HOME LOANS SERVICING LP and
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS,

    Defendants.
_____/


**<u>ORDER</u>**

This matter is before the Court on Plaintiff's motion for temporary restraining order [dkt 1], filed on September 28, 2010. Plaintiff filed her complaint in state court on September 28, 2010, along with her motion for temporary restraining order. In her motion, Plaintiff sought to restrain Defendant BAC Home Loans Servicings, LP ("BAC") from proceeding with a Sheriff's Sale of Plaintiff's property scheduled for September 28, 2010. That same day, the state court ordered Defendants to show cause regarding the Sheriff's Sale the following day. However, the motion was not decided before the case was removed on October 18, 2010. Plaintiff has not pursued her motion with this Court in the interim. Counsel for Plaintiff has informed the Court that the property at issue

has since been sold, but that the parties are discussing a resolution of the matter. Regardless, Plaintiff's motion to enjoin BAC from proceeding with a Sheriff's Sale on September 28, 2010, is moot. Accordingly, the Court denies Plaintiff's motion for temporary restraining order without prejudice.

    IT IS SO ORDERED.


DATE: October 26, 2010                                                  <u>S/Lawrence P. Zatkoff</u>
                                                                                      LAWRENCE P. ZATKOFF
                                                                                      UNITED STATES DISTRICT JUDGE