**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

KENIYA YUNANOVA,

          CASE NO. 10-14156
   Plaintiff,          HON. LAWRENCE P. ZATKOFF

v.

BAC HOME LOANS SERVICING, LP and
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS,

   Defendants.
_____/

## **ORDER**

This matter is before the Court on the Court's order for Plaintiff to show cause for failing to timely respond to Defendants' motion to dismiss and for summary judgment [dkt 19]. Plaintiff timely responded to the Court's show cause order, arguing that the failure to timely respond to Defendants' motion was due to an inadvertent error by her attorney. According to Plaintiff's counsel, she "misjudged her caseload due to an influx of eleventh hour foreclosure defense clients while relocating her office to a larger space." Counsel states that she was unable to relocate as planned, and when she was finally able to move, the office was not suitable for moving her files and furniture. Counsel further states that she believed Plaintiff's brief in opposition to Defendants' motion had been timely filed until receiving the Court's show-cause order. Plaintiff's counsel insists that the error was unintentional, and asks that the client not be disciplined for her counsel's failure.

In the interests of justice, IT IS HEREBY ORDERED that Plaintiff shall have 7 days in which to file a response to Defendants' motion, and Defendants shall have 14 days thereafter in

which to submit a reply.

IT IS FURTHER ORDERED that the Court's order to show cause [dkt 19] is WITHDRAWN.

IT IS SO ORDERED.

        S/Lawrence P. Zatkoff
        LAWRENCE P. ZATKOFF
        UNITED STATES DISTRICT JUDGE

Dated: July 14, 2011

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on July 14, 2011.

        S/Marie E. Verlinde
        Case Manager
        (810) 984-3290